UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Darnell McDaniels, | Case No. 16-cv-2560 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Darryl Seidel, Vince Schekel, Tracy Nepper, Dean Thompson, T. Riggott, and Olmsted County, | |
| Defendants. | |

---

This matter is before the Court on the February 21, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 25.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 21, 2017 Report and Recommendation, (Dkt. 25), is **ADOPTED**;

2. Plaintiff Darnell McDaniels shall pay the unpaid balance of the statutory filing fee of $350 in accordance with 28 U.S.C. § 1915(b); and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 2, 2017  
                                                                              s/Wilhelmina M. Wright  
                                                                              Wilhelmina M. Wright  
                                                                              United States District Judge